UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

- Plaintiff,                           Case No. 92-70906

vs.                                    Honorable: Patrick J. Duggan

YVONNE WHITE AKA DEMINS,               Claim Number: 1991A05591
SS# XXX-XX-5040
    Defendant,
_____/

## ORDER RELEASING BANK GARNISHMENT

Upon the reading and filing of the above Petition, that the **BANK OF AMERICA** is hereby released from any liability under said **BANK GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: May 5, 2010May 5, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on May 5, 2010May 5, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager